```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THE WOLK LAW FIRM,              :  CIVIL ACTION
DON GOLDSTEIN, and              :  NO. 16-05632
INGRID GOLDSTEIN,               :
                                :
     Plaintiffs,                :
                                :
v.                              :
                                :
UNITED STATES OF AMERICA        :
NATIONAL TRANSPORTATION SAFETY  :
BOARD,                          :
                                :
     Defendant.                 :
```

**O R D E R**

**AND NOW**, this **9th** day of **April, 2019,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant's Motion for Summary Judgment (ECF No. 51) is **GRANTED**.

2) Plaintiffs' Prayer for Relief in Count II of the Amended Complaint (ECF No. 16) is **GRANTED-in-part** to the extent it seeks production of chain-of-custody documents concerning the wreckage of the Goldstein accident and the production for inspection of any pieces of wreckage in the NTSB's possession. The NTSB shall account for and make available any wreckage pieces over which it has

possession or control by no later than 30 days from this order.

3) Plaintiffs' Amended Complaint (ECF No. 16) is otherwise **DISMISSED with prejudice**.

4) The Clerk of Court shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,     J.*