IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE WOLK LAW FIRM,<br>DON GOLDSTEIN, and<br>INGRID GOLDSTEIN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>NATIONAL TRANSPORTATION SAFETY<br>BOARD,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO. 16-05632 |

## O R D E R

**AND NOW**, this **18th** day of **June, 2019,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:[1]

1) Defendant's Motion for Summary Judgment (ECF No. 51) is **GRANTED**.

2) Plaintiffs' Amended Complaint (ECF No. 16) is otherwise **DISMISSED with prejudice**.

3) The Clerk of Court shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,     J.*

---

[1] This Order is issued following the Court's grant of the NTSB's Motion for Reconsideration. ECF No. 62. This Order supersedes the Court's Order dated April 9, 2019. ECF No. 56.